UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CIVIL CASE NO:  3:22-cv-24-DJH

*Electronically Filed*

**MARK PRINCE**                                                                                      **PLAINTIFF**

vs.

**RICKIE JONES and U.S. XPRESS, INC.**                                         **DEFENDANTS**

## NOTICE OF REMOVAL

Defendants, Rickie Jones and U.S. Xpress, Inc., (hereinafter "Defendants"), by counsel, pursuant to 28 U.S.C. §1441, 28 U.S.C. §1446, and 28 U.S.C. §1332, for their Notice of Removal of this matter to the United States District Court for the Western District of Kentucky, Louisville Division, hereby state as follows:

1.      On December 22, 2021, Plaintiff filed a Complaint in the Jefferson Circuit Court, Civil Action No. 21-CI-7175, against Defendants. The Complaint includes claims against Defendants for common law negligence, gross negligence, carelessness, recklessness, negligence *per se*, and negligent hiring/training/supervising and entrustment. Plaintiff's Complaint is attached hereto as Exhibit "A".

2.      Pursuant to Plaintiff's Complaint, Plaintiff is now and was at all times relevant hereto, including at the time of filing this Notice of Removal and at the commencement of this action against Defendants in Jefferson Circuit Court, Civil Action 21-7175, a citizen of the Commonwealth of Kentucky.

3.      Defendant Rickie Jones is now and was at all times relevant hereto, including at the time of filing of this Notice of Removal and at the time the Plaintiff filed his Complaint, a citizen of the State of Florida.

4.     Defendant U.S. Xpress, Inc. is now and was at all times relevant hereto, including at the time of filing of this Notice of Removal and at the time the Plaintiff filed his Complaint, a corporation incorporated in the State of Nevada, with its principal place of business in Chattanooga, Tennessee.

5.     Although Plaintiff's Complaint does not identify the specific amount of damages which he seeks, Plaintiff's Complaint alleges that he has sustained serious and permanent injury to his body, the loss of enjoyment of life and impairment of earning capacity, ability to labor and earn money, mental pain and anguish, past and future medical expenses, increased risk of future damages as his injuries are permanent in nature, and he is at an increased likelihood of future complications due to the severity and permanent nature of his injuries, and loss of enjoyment of life. Based upon these allegations, it is clear that the amounts sought by Plaintiff exceed the sum or value of $75,000.00, exclusive of interest and costs.

6.     This action is one over which this Court has original jurisdiction pursuant to 28 U.S.C. § 1332(a) and is one that the Defendants may remove to this Court pursuant to 28 U.S.C. § 1441(a) & (b), on the basis of diversity of citizenship.

7.     This Notice of Removal is filed within thirty (30) days after Defendants first received Plaintiff's Complaint.

8.     Pursuant to 28 U.S.C. § 1446(a), Defendants have attached as an Exhibit all pleadings and other papers served upon them in this action, being the Summons, Complaint and Interrogatories and Request for Production of Documents attached hereto as Exhibit "B".

WHEREFORE, based upon the foregoing, the Defendants, Rickie Jones and U.S. Xpress, Inc., by counsel, notify this Court of their Removal of this Action pursuant to their Notice of Removal from the Jefferson Circuit Court in Jefferson County, Kentucky.

This the 18th day of January, 2022.

/s/ Marc A. Lovell
Marc A. Lovell
Justin L. Duncan
HARLIN PARKER
519 East Tenth Street
P.O. Box 390
Bowling Green, KY 42102-0390
(270) 842-5611
Counsel for Defendants

**CERTIFICATE OF SERVICE**

I hereby certify that on the 18th day of January, 2022, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to counsel at the following email addresses:

lovell@harlinparker.com
duncan@harlinparker.com
amendiondo@forthepeople.com

/s/ Marc A. Lovell
Marc A. Lovell